No. 88–5732.   HILL *v.* REDMAN, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 88–5735.   CURTIS *v.* ARAVE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 88–5736.   COX *v.* NEW MEXICO ET AL.   Sup. Ct. N. M. Certiorari denied.

No. 88–5743.   WILLIAMS *v.* ARMONTROUT ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–5752.   STEPHENS *v.* SOUTH ATLANTIC CANNERS, INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–5765.   POOLE *v.* JONES, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5767.   SIMMONS *v.* MARSH.   C. A. 4th Cir.   Certiorari denied.

No. 88–5769.   O'CONNOR *v.* HECHT ET AL.   C. A. 9th Cir. Certiorari denied.

No. 88–5784.   WINTJEN *v.* BONACKER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 88–5786.   TYLER ET AL. *v.* CLINE ET AL.   C. A. 8th Cir. Certiorari denied.

No. 88–5814.   BUNNER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5819.   TURNPAUGH *v.* FOLTZ, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 88–5824.   GARRISON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–5839.   MERCER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–5841.   OLLETT *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.